IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES G. GILLILAND, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 06-51-JJF ) |
| PROVIDENCE CREEK SERVICES, LLC., a Delaware corporation, | ) ) ) ) ) |
| Defendant. | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Providence Creek Services, LLC (hereinafter "Services") respectfully submits the following corporate disclosure statement.

1. Saint Joseph's at Providence Creek is the parent corporation of Services.

2. No publicly held corporation owns 10 percent or more of Services's stock.

Respectfully submitted,

_/s/ Timothy M. Holly_
CONNOLLY BOVE LODGE & HUTZ LLP
Matthew F. Boyer (Del. Bar No. 2564)
Email: MBoyer@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: THolly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302)-252-4217
*Attorneys for Defendant Providence Creek Services, LLC*

DATED: March 6, 2006

CBLH: 450614

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, the foregoing Defendant's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Michael. J. Goodrick, Esquire (Del. Bar No. 170)
Michael J. Goodrick, P.A.
18-B Trolley Square
Wilmington, DE 19806
Attorney for Plaintiff


_____
Timothy M. Holly (Del. Bar No. 4106)

CBLH: 450614