IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES G. GILLILAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-51-JJF |
| | ) | |
| PROVIDENCE CREEK SERVICES, LLC, a Delaware corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned certifies that, on April 17, 2006, two (2) true and correct copies of the **Defendant's Initial Disclosures** were served, together with copies of this Notice of Service and a Certificate of Service, , upon the following counsel of record, at the address and by the means specified below:

### Electronically by CM/ECF (Notice and Certificate only) and Facsimile (302-778-5026) (Disclosures, Notice of Service and Certificate)

Michael. J. Goodrick, Esquire (Del. Bar No. 170)
Michael J. Goodrick, P.A.
18-B Trolley Square
Wilmington, DE 19806
Attorney for Plaintiff

_____
CONNOLLY BOVE LODGE & HUTZ LLP
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217
*Attorneys for Providence Creek Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, a copy of the Defendant's Initial Disclosures was served upon the following counsel:

### By Facsimile (302-778-5026)

Michael. J. Goodrick, Esquire (Del. Bar No. 170)
Michael J. Goodrick, P.A.
18-B Trolley Square
Wilmington, DE 19806
Attorney for Plaintiff

*(signature)*
Timothy Holly (Del. Bar No. 4106)

399258