**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**


| | |
|---|---|
| **JAMES G. GILLILAND** | )Civil Case No.:06-51 |
| | ) |
| Plaintiff | )Trial by Jury Demanded |
| | ) |
| Vs. | ) |
| | ) |
| **PROVIDENCE CREEK SERVICES, LLC** | ) |
| A Delaware Corporation | ) |
| | ) |
| Defendants, | ) |

**NOTICE OF SERVICE**

The undersigned certifies that on April 17, 2006, true and correct copies of the Defendant's Initial Disclosures were served, together with copies of this Notice of Service and a Certificate of Service, upon the following counsel of record, at the address and by the means specified below:

Electronically by CM/ECF(Notice and Certificate only)

And two copies via first class mail to:


Timothy Holly, Esquire
Connollly Bove Lodge & Hutz LLP
P.O. Box 2207
Wilmington, DE 19899

                              **MICHAEL J. GOODRICK, P.A.**


                              /s/_____
                              Michael J. Goodrick (#170)
                              18-B Trolley Square
                              Wilmington, DE 19806
                              (302) 778-5360
                              Attorney for Plaintiff