**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2006 two copies of the enclosed **PLAINTIFF GILLILAND'S INITIAL DISCLOSURES** were sent via email and first class mail to:

Timothy Holly, Esquire
Connollly Bove Lodge & Hutz LLP
P.O. Box 2207
Wilmington, DE 19899


At: tholly@cblt.com

    **MICHAEL J. GOODRICK, P.A.**

    /s/_____
    Michael J. Goodrick (#170)
    18-B Trolley Square
    Wilmington, DE 19806
    (302) 778-5360
    Attorney for Plaintiff