IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES G. GILLILAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-51-JJF |
| | ) | |
| PROVIDENCE CREEK SERVICES, | ) | |
| LLC, a | ) | |
| Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned certifies that, on July 7, 2006, two (2) true and correct copies of the **Defendant's First Set of Interrogatories** were served, together with copies of this Notice of Service and a Certificate of Service, , upon the following counsel of record, at the address and by the means specified below:

**Electronically by CM/ECF (Notice and Certificate only) and Facsimile (302-778-5026) and First Class Mail (Disclosures, Notice of Service, and Certificate)**

Michael. J. Goodrick, Esquire (Del. Bar No. 170)
Michael J. Goodrick, P.A.
18-B Trolley Square
Wilmington, DE 19806
Attorney for Plaintiff

_/s/ Tim M. Hall_
CONNOLLY BOVE LODGE & HUTZ LLP
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217
*Attorneys for Providence Creek Services, LLC*

CBLH: 464183

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, a copy of the **Defendant's First Set of Interrogatories** was served upon the following counsel:

**By Facsimile (302-778-5026) and First Class Mail**

Michael. J. Goodrick, Esquire (Del. Bar No. 170)
Michael J. Goodrick, P.A.
18-B Trolley Square
Wilmington, DE 19806
Attorney for Plaintiff


                                              Timothy Holly (Del. Bar No. 4106)

CBLH: 464183_1