# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES G. GILLILAND** | )Civil Case No.:06-51 JJF |
| | ) |
| Plaintiff | )Trial by Jury Demanded |
| | ) |
| vs. | ) |
| | ) |
| **PROVIDENCE CREEK SERVICES, LLC** | ) |
| A Delaware Corporation | ) |
| | ) |
| Defendant, | ) |

### Order

Upon Motion by Michael J. Goodrick, Esquire, attorney for Plaintiff to be permitted to

withdrawal his appearance on behalf of the Plaintiff it is <u>hereby Ordered</u> this_____ day

of_____, 2006 that Michael J. Goodrick, Esquire's appearance is withdrawn as

attorney of record for Plaintiff.


_____
Judge Joseph J. Farnan, Jr.


Gilliland/ADA/Order