IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES G. GILLILAND** | ) Civil Case No.:06-51 |
| | ) |
| Plaintiff | ) Trial by Jury Demanded |
| | ) |
| vs. | ) |
| | ) |
| **PROVIDENCE CREEK SERVICES, LLC** | ) |
| A Delaware Corporation | ) |
| | ) |
| Defendants, | ) |

**NOTICE OF SERVICE**

The undersigned certifies that on the 25th day of July, 2006, true and correct copies of the **MOTION TO WITHDRAW** and **CERTIFICATE OF COUNSEL** were served, together with copies of this **NOTICE OF SERVICE** and a **CERTIFICATE OF SERVICE**, upon the following counsel of record, at the address and by the means specified below:

Electronically by CM/ECF (Notice only) and two copies via first class mail to:

Timothy Holly, Esquire
Matthew F. Boyer, Esquire
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
Wilmington, DE 19899

and to the Plaintiff Gilliland by First Class Mail, Certified Mail, Return Receipt Requested, and by facsimile

James Gilliland  
2468 Harvey Straughn Rd.  
Clayton, DE  19938  

Facsimile 1-(302) 653-3637  

                                        **MICHAEL J. GOODRICK, P.A.**

                                        <u>/s/Michael J. Goodrick</u>  
                                        Michael J. Goodrick (#170)  
                                        18-B Trolley Square  
                                        Wilmington, DE 19806  
                                        (302) 778-5360  
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2006, a copy of the enclosed Motion to Withdraw, Notice of Service and Certificate of Counsel were sent electronically to:

Timothy Holly, Esquire
Matthew F. Boyer, Esquire
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
Wilmington, DE 19899

and two copies of the above pleadings were forwarded by First Class Mail, by Certified Mail, Return Receipt Requested, and by facsimile to the Plaintiff

James G. Gilliland
2468 Harvey Straughn Rd.
Clayton, DE 19938

Facsimile 1-(302) 653-3637

**MICHAEL J. GOODRICK, P.A.**

/s/Michael J. Goodrick
Michael J. Goodrick (#170)
18-B Trolley Square
Wilmington, DE 19806
(302) 778-5360
Attorney for Plaintiff