**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2006, a copy of the enclosed Motion to Withdraw and Notice of Service were sent electronically to:

Timothy Holly, Esquire
Matthew F. Boyer, Esquire
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
Wilmington, DE 19899

and two copies of the above pleadings were forwarded by First Class Mail, by Certified Mail, Return Receipt Requested, and by facsimile to the Plaintiff

James G. Gilliland
2468 Harvey Straughn Rd.
Clayton, DE 19938

Facsimile 1-(302) 653-3637

**MICHAEL J. GOODRICK, P.A.**

/s/Michael J. Goodrick
Michael J. Goodrick (#170)
18-B Trolley Square
Wilmington, DE 19806
(302) 778-5360
Attorney for Plaintiff