IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES G. GILLILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-51-JJF |
| | ) |
| PROVIDENCE CREEK SERVICES, LLC, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S ANSWER TO MOTION TO WITHDRAW

Providence Creek Services, LLC ("Services" or "Defendant"), by its undersigned counsel, hereby answers the Motion to Withdraw filed in this action by the plaintiff, James G. Gilliland ("Gilliland" or "Plaintiff"), on July 25, 2006 ("Motion"), which was served on Services on July 25, 2006, as follows:

1. Defendant does not oppose Plaintiff's Motion to Withdraw.

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Matthew F. Boyer (Del. Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Providence Creek Services, LLC*

Date: July 27, 2006

09692-10*478601_1

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, a copy of the **Defendant's Answer to Motion to Withdraw** was served upon the following counsel:

### Electronically by CM/ECF and Facsimile (302-778-5026)

Michael. J. Goodrick, Esquire (Del. Bar No. 170)
Michael J. Goodrick, P.A.
18-B Trolley Square
Wilmington, DE 19806
*Attorney for Plaintiff*

_____
Timothy Holly (Del. Bar No. 4106)