IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES G. GILLILAND** | ) Civil Case No.:06-51 JJF |
| | ) |
| Plaintiff | ) Trial by Jury Demanded |
| | ) |
| vs. | ) |
| | ) |
| **PROVIDENCE CREEK SERVICES, LLC** | ) |
| A Delaware Corporation | ) |
| | ) |
| Defendant, | ) |

**Order**

Upon Motion by Michael J. Goodrick, Esquire, attorney for Plaintiff to be permitted to withdrawal his appearance on behalf of the Plaintiff it is hereby Ordered this 27 day of July, 2006 that Michael J. Goodrick, Esquire's appearance is withdrawn as attorney of record for Plaintiff. MR. GOODRICK SHALL ADVISE PLAINTIFF THAT SUBSTITUTE COUNSEL SHALL ENTER AN APPEARANCE BY SEPT. 5, 2006.

_____
Judge Joseph J. Farnan, Jr.

Gilliland/ADA/Order