IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES G. GILLILAND,              :
                                 :
        Plaintiff,               :
                                 :
v.                               :   Civil Action No. 06-051-JJF
                                 :
PROVIDENCE CREEK SERVICES, LLC,  :
                                 :
        Defendant.               :

### MEMORANDUM ORDER

Pending before the Court is Defendant's Motion To Compel Plaintiff's Responses To Defendant's First Request for Production of Documents and First Set of Interrogatories (D.I. 23), filed pursuant to Paragraph 5(c) of the April 12, 2006 Scheduling Order.

Plaintiff James G. Gilliland, now Pro Se, has not responded as required by the Scheduling Order. The Court understands that Plaintiff is currently without counsel and will grant Plaintiff extra time to respond to Defendant's discovery request; however, Plaintiff will be required to respond or object.

Now Therefore, IT IS HEREBY ORDERED that Defendant's Motion To Compel Plaintiff's Responses To Defendant's First Request for Production of Documents and First Set of Interrogatories (D.I. 23) is **GRANTED**. Plaintiff shall respond to the requested discovery no later than **October 25, 2006**.

October 2, 2006                          /s/ Joseph J. Farnan
    DATE                           UNITED STATES DISTRICT JUDGE