IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES G. GILLILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-51-JJF |
| | ) |
| PROVIDENCE CREEK SERVICES, | ) |
| LLC., a | ) |
| Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF MOTION FOR SANCTIONS

*Pro se* Plaintiff James G. Gilliland and Defendant Providence Creek Services, LLC ("Services"), by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal of this action, in its entirety, **WITH PREJUDICE.** Services hereby withdraws its pending Motion for Sanctions.

Respectfully submitted,

_____  
James G. Gilliland  
2468 Harvey Straughn Rd.  
Clayton, Delaware 19938  
Plaintiff

_____  
CONNOLLY BOVE LODGE & HUTZ LLP  
Matthew F. Boyer (Del. Bar No. 2564)  
Email: Mboyer@cblhlaw.com  
Timothy M. Holly (Del. Bar No. 4106)  
Email: Tholly@cblhlaw.com  
The Nemours Building  
1007 N. Orange Street  
P. O. Box 2207  
Wilmington, DE 19899-2207  
(302) 252-4217  
*Attorneys for Providence Creek Services, LLC*

500505v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF MOTION FOR SANCTIONS** was served in the following manner this 21st day of November, 2006 to:

**VIA U.S. MAIL:**
James G. Gilliland
2468 Harvey Straughn Rd.
Clayton, Delaware 19938

                                                            Timothy M. Holly (Del. Bar No. 4106)

CBLH: 500505_1