IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES G. GILLILAND,<br><br>        Plaintiff,<br><br>     v.<br><br>PROVIDENCE CREEK SERVICES,<br>LLC., a<br>Delaware corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 06-51-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND
WITHDRAWAL OF MOTION FOR SANCTIONS**

*Pro se* Plaintiff James G. Gilliland and Defendant Providence Creek Services, LLC ("Services"), by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal of this action, in its entirety, **WITH PREJUDICE.** Services hereby withdraws its pending Motion for Sanctions.

Respectfully submitted,

_____
James G. Gilliland
2468 Harvey Straughn Rd.
Clayton, Delaware 19938
Plaintiff

_____
CONNOLLY BOVE LODGE & HUTZ LLP
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217
*Attorneys for Providence Creek Services, LLC*

11/27/06
DATE

_____
UNITED STATES DISTRICT JUDGE

500505v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF MOTION FOR SANCTIONS** was served in the following manner this 21st day of November, 2006 to:

**VIA U.S. MAIL:**
James G. Gilliland
2468 Harvey Straughn Rd.
Clayton, Delaware 19938

                                              /s/ Timothy M. Holly
                                              Timothy M. Holly (Del. Bar No. 4106)

CBLH: 500505_1