IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES G. GILLILAND, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-51-JJF |
| PROVIDENCE CREEK SERVICES, LLC.,<br>a Delaware corporation, | : |
| Defendant. | : |

## ORDER

At Wilmington this **4th** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, January 16, 2007 at 10:00 a.m. is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE